JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MOLINA MAGDALENO,<br><br>               Petitioner,<br><br>     v.<br><br>BAUGHMAN,<br><br>               Respondent. | Case No. 2:17-cv-08865-DSF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

DATED: July 10, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE