JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS MOLINA MAGDALENO,<br><br>    Petitioner,<br><br>  v.<br><br>BAUGHMAN,<br><br>    Respondent. | Case No. 2:17-cv-08865-DSF (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: January 23, 2020

                     HONORABLE DALE S. FISCHER
                     United States District Judge